## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KC BUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00007-CVE-JFJ |
| | ) | |
| BRAVO NATURAL RESOURCES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff KC Bunn stipulates that he dismisses with prejudice this case and all claims asserted in this action against Defendant Bravo Natural Resources, LLC. Plaintiff also stipulates that he will bear his own costs and fees in this matter. Plaintiff states Defendant will bear its own costs and fees in this matter and consents to this dismissal with prejudice by its signature provided below.

Within this district, judicial approval is not required for settlements of bona fide FLSA disputes. *Lawson v. Procare CRS, Inc.*, No. 18-CV-00248-TCK-JFJ, 2019 WL 112781, at *3 (N.D. Okla. Jan. 4, 2019). Plaintiff was actively engaged in this action and was represented by counsel at all times throughout this litigation. The factual and legal issues relevant to the claims and defenses in this matter have been developed through adversarial litigation. Because the parties have settled a bona fide FLSA dispute and there are no defects in the process of negotiating the settlement, this Court is not required to review the merits of the settlement agreement. *Id.*

*/s/ Michael A. Josephson*
**Michael A. Josephson**
Texas Bar No. 24014780
OK Fed. I.D. No. 14-145
**Andrew W. Dunlap**
Texas Bar No. 24078444
OK Fed. ID. 14-148
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

-and-

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
*(pro hac vice application forthcoming)*
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*Attorneys for Plaintiff KC Bunn*

*/s/ Brett Coburn* (with permission)
**Brett E. Coburn**
Ga. Bar No. 171094
Email: brett.coburn@alston.com
**Alexandria Isom**
Ga. Bar No. 123459
alexandria.isom@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 - Telephone
404-881-7777 - Facsimile

-and-

**Randall J. Snapp**
OBA #11169
**Caroline G. Chamberlain**
OBA #34163
CROWE & DUNLEVY, P.C.
321 South Boston Avenue, Suite 500
Tulsa, OK  74103
918-592-9855 - Telephone
918- 599-6335 - Facsimile
randall.snapp@crowedunlevy.com
caroline.chamberlain@crowedunlevy.com

*Attorneys for Defendant*
*Bravo Natural Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022 a true copy of this document was served on the following

through the Court's ECF system:

        Brett E. Coburn
        Alexandria Isom
        Randall J. Snapp
        Caroline G. Chamberlain

                        */s/ Michael A. Josephson*
                        **Michael A. Josephson**